IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTAVIA LLC,<br><br>    Defendant. | 2:22-CV-00594-CCW |

**JANUARY 23, 2023 FAIRNESS HEARING**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:  
Kevin W. Tucker, Esq.

Appearing for Defendant:  
Robert A. Giacovas, Esq.

Conference Began: 1:02 p.m.

Conference Ended: 1:44 p.m.

Adjourned to: N/A

Stenographer: Karen Earley

Law Clerk: Peter Alter

Deputy Clerk: Joungsun Miller

**SUMMARY OF PROCEEDINGS:**

The Court held a Fairness Hearing in the above-captioned matter. Appropriate orders will follow.

cc (via ECF email notification):

All Counsel of Record